IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHELDON LEHMAN, individually and on behalf of all others similarly situated,** : <br> : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> **LEGG MASON, INC.,** *et al.* : <br> : <br> **Defendants** : | **CIVIL NO. 1:06-CV-2484** <br><br> **(JUDGE SYLVIA H. RAMBO)** |

**O R D E R**

      Before the court is a letter from counsel for Defendants on behalf of all counsel that reports the parties have reached a global settlement and anticipate that a motion seeking preliminary approval of the settlement agreement will be finalized within thirty days.

      Upon consideration thereof, **IT IS HEREBY ORDERED THAT:**

      1) The captioned action remains stayed until further order of court.

      2) No later than March 1, 2010, the parties shall submit to the court a motion seeking preliminary approval of the settlement agreement. If the parties find that the March 1, 2010 deadline will not be met, a report to the court on the status of the matter shall be filed prior to the deadline.

                                                                       s/Sylvia H. Rambo
                                                                       United States District Judge

Dated: January 29, 2010.