IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHELDON LEHMAN, individually and on behalf of all others similarly situated,** | **CIVIL NO. 1:06-CV-2484** |
| **Plaintiff** | **(JUDGE SYLVIA H. RAMBO)** |
| v. | |
| **LEGG MASON, INC.,** *et al.* | |
| **Defendants** | |

# O R D E R

Before the court is a letter on behalf of all counsel that reports the parties have reached a global settlement and anticipate that a motion seeking preliminary approval of the settlement agreement will be finalized within thirty days.

Upon consideration thereof, **IT IS HEREBY ORDERED THAT:**

1) The captioned action remains stayed until further order of court.

2) No later than April 30, 2010, the parties shall submit to the court a motion seeking preliminary approval of the settlement agreement. If the parties find that the April 30, 2010 deadline will not be met, a report to the court on the status of the matter shall be filed prior to the deadline.

                                                           s/Sylvia H. Rambo
                                                      United States District Judge

Dated: March 30, 2010.