## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

SHELDON LEHMAN, individually
and on behalf of all others similarly
situated,

                Plaintiff,

         v.

CITIGROUP GLOBAL MARKETS,
INC., SUCCESSOR IN INTEREST
TO LEGG MASON WOOD
WALKER, INC.; LEGG MASON,
INC; and DOES 1 through 10,
inclusive,

                Defendants.

Civil Action No. 06-02484

Judge Sylvia H. Rambo

## ORDER

**AND NOW**, this 12th day of January, 2011, upon consideration of the Parties' Joint Motion for Leave to File Briefs in Excess of Fifteen Pages and to Extend the Time for Filing, it is **HEREBY ORDERED,** that the Parties' Motion is **GRANTED** and the Court hereby: (i) extends the page limit for the Parties' memorandum in support of final approval to a total of forty (40) pages; (ii) extends the page limit for Class Counsel's memorandum in support of attorney's fees and costs and enhancement award to Class Representative to thirty (30) pages; and (iii) extends the deadline for filing the Parties' motion for final approval of the

settlement agreement and Class Counsel's motion for attorney's fees and costs and

enhancement award to Class Representative until January 14, 2011.


BY THE COURT:


s/Sylvia H. Rambo
United States District Judge