# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELDON LEHMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., SUCCESSOR IN INTEREST TO LEGG MASON WOOD WALKER, INC.; LEGG MASON, INC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 06-02484<br><br>Judge Sylvia H. Rambo<br><br>*Electronically Filed* |

### UNOPPOSED MOTION OF CLASS COUNSEL FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND AN ENHANCEMENT AWARD TO THE CLASS REPRESENTATIVE

Plaintiff Sheldon Lehman ("Plaintiff") hereby moves this Court for an Order: (i) granting Class Counsel attorneys' fees in the amount of $65,589.40 (representing 16.6% of the Settlement Consideration), plus accrued interest; (ii) reimbursing Class Counsel's costs and expenses incurred in prosecuting this action in the amount of $15,000.00; (iii) awarding an Enhancement Award in the amount of $7,500.00 to Plaintiff, the Class Representative, in recognition of his contribution to the case; and (iv) for such other and further relief as the Court may deem just and proper.  A [Proposed] Judgment and Order of Dismissal is submitted contemporaneously herewith.

The grounds for the Unopposed Motion of Class Counsel for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and an Enhancement Award to the Class Representative (the "Fee Motion") are set forth in the following papers contemporaneously filed herewith:

A.  Memorandum of Law in Support of Unopposed Motion of Class Counsel for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and an Enhancement Award to the Class Representative; and

B.  Declaration of Robert J. Gray in Support of Joint Motion for Final Approval of Settlement and Unopposed Motion for Class Counsel for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and an Enhancement Award to the Class Representative.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Fee Motion.

Dated: January 14, 2011

| | |
|---|---|
| /s/Peter A. Muhic | /s/ Michael J. Ossip [with consent] |
| Peter A. Muhic, Esquire | Michael J. Ossip, Esquire |
| Robert J. Gray, Esquire | Kelly Basinger Charnley, Esquire |
| Barroway Topaz Kessler Meltzer & Check, LLP | Morgan, Lewis & Bockius LLP |
| 280 King of Prussia Road | 1701 Market Street |
| Radnor, PA  19087 | Philadelphia, PA 19103 |
| (610) 667-7706 | (215) 963-5761 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *SHELDON LEHMAN* | *CITIGROUP GLOBAL MARKETS INC.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

    *s/ Peter A. Muhic*
    Peter A. Muhic
    *Attorney for Plaintiff*